```
ROBINS KAPLAN LLP
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
James P. Menton, Bar No. 159032
JPMenton@rkmc.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Robert E. O'Connor (pro hac vice pending)
437 Madison Avenue
New York, NY 10022
Telephone:  (212) 867-9500
Fax:        (212) 559-1759
Email:      roconnor@mmwr.com

Attorneys for Plaintiffs
O.W. BUNKER USA INC. and
O.W. BUNKER NORTH AMERICA INC.
```




# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.W. BUNKER USA INC. and O.W. BUNKER NORTH AMERICA INC., <br><br>  Plaintiffs,<br><br> v.<br><br> M/V BOX TRADER, I.M.O. NO. 9423035, her engines, (admiralty) tackle, equipment, and furnishings, *in rem*,<br><br>  Defendant. | Case No. CV15-00176 PSG (PJWx)<br><br> [PROPOSED] ORDER DIRECTING THE CLERK TO ISSUE A WARRANT FOR ARREST |

This Court has reviewed the Verified Complaint and supporting papers filed by Plaintiffs O.W. BUNKER USA INC. and O.W. BUNKER NORTH AMERICA INC., and finds that the conditions for an *in rem* arrest of the Defendant M/V BOX
60921112.1             [PROPOSED] ORDER DIRECTING THE CLERK
                                                    TO ISSUE WARRANT FOR ARREST

TRADER, I.M.O. NO. 9423035, HER ENGINES, TACKLE, EQUIPMENT, AND FURNISHINGS ("M/V BOX TRADER"), appear to exist.

Accordingly, it is hereby:

**ORDERED** that the Clerk of this Court shall issue a Warrant for Arrest of the M/V BOX TRADER;

**ORDERED** that the Warrant for Arrest shall direct the U.S. Marshal to seize the M/V BOX TRADER and hold her as security within this district against any judgment to be entered in this action;

**ORDERED** that the U.S. Marshal shall serve a copy of the Verified Complaint and this Warrant for Arrest on the M/V BOX TRADER or her agent;

**ORDERED** that, at the risk and expense of the M/V BOX TRADER's interests, the U.S. Marshal is authorized to allow normal cargo operations to continue, and to allow the M/V BOX TRADER to shift berths (consistent with the U.S. Marshal's requirements) so long as it remains within this district; and

**ORDERED** that the Vessel M/V BOX TRADER may be released from arrest without a further order of this Court if the U.S. Marshal has received written authorization from Plaintiffs OW USA and OW NA's attorneys stating that they conferred with attorneys representing all other interested parties and that all other interested parties consent to the release, so long as this Court has not issued an order to the contrary.

IT IS SO ORDERED:

Dated: 1/9/15 ~~, 2015.~~

_____
UNITED STATES DISTRICT JUDGE