ROBINS KAPLAN LLP
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
James P. Menton, Bar No. 159032
JPMenton@rkmc.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Robert E. O'Connor (*pro hac vice pending*)
437 Madison Avenue
New York, NY 10022
Telephone: (212) 867-9500
Fax: (212) 559-1759
Email: roconnor@mmwr.com

Attorneys for Plaintiffs
O.W. BUNKER USA INC. and
O.W. BUNKER NORTH AMERICA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.W. BUNKER USA INC. and O.W. BUNKER NORTH AMERICA INC., <br><br> Plaintiffs, <br><br> v. <br><br> M/V BOX TRADER, I.M.O. NO. 9423035, her engines, (admiralty) tackle, equipment, and furnishings, *in rem*, <br><br> Defendant. | Case No. CV15-00176 PSG (PJWx) <br><br> [PROPOSED] ORDER APPOINTING A SUBSTITUTE CUSTODIAN |

This Court has reviewed Plaintiffs O.W. BUNKER USA INC. and O.W.

BUNKER NORTH AMERICA INC.'s Application for an Order Appointing a

Substitute Custodian and supporting papers pursuant to Local Admiralty Rule E.14(a) and it is hereby:

**ORDERED** that the U.S. Marshal is hereby authorized, after having seized the Defendant M/V BOX TRADER, I.M.O. NO. 9423035, HER ENGINES, TACKLE, EQUIPMENT, AND FURNISHINGS ("M/V BOX TRADER") pursuant to the Warrant for Arrest, to surrender possession of the M/V BOX TRADER to Don Beaumont, as substitute custodian, to safely keep the M/V BOX TRADER within this district, until such further order of this Court.

IT IS SO ORDERED:

Dated: 1/9/15, ~~2015.~~

_____
UNITED STATES DISTRICT JUDGE