UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-176 PSG (PJWx) | | Date | May 6, 2015 |
|---|---|---|---|---|
| Title | O.W. Bunker USA Inc, *et al*. v. M/V Box Trader, I.M.O. No. 9423035 | | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order to show cause regarding lack of prosecution

      On February 5, 2015, the Court issued an order to show cause ("OSC") regarding lack of prosecution. Dkt. # 19. Plaintiffs responded that they have been enjoined from prosecuting this action by an Order of the United States District Court for the Southern District of New York and that Plaintiffs could advise the Court by April 15, 2015 about the status of the action pending in the Southern District of New York. Dkts. # 21. In a supplemental response, Plaintiffs informed the Court that they may not have an update regarding its ability to prosecute this action before April 1, 2015. Dkt. # 22. Plaintiffs have failed to give the Court an update. Accordingly, Plaintiffs are ordered to show cause why this action should not be dismissed for lack of prosecution by **May 20, 2015.** Failure to respond in writing may result in the Court dismissing this action.

      **IT IS SO ORDERED.**